# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

## WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 28 PM 3: 34

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**U.S.A. vs. ROCKIE LANE HILLLIARD**      Docket No. **2:90CR20089-03**

### Petition on Probation and Supervised Release

**COMES NOW** ____ MARNIE KLYMAN ____ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Rockie Lane Hilliard who was placed on supervision by the Honorable Odell Horton sitting in the Court at Memphis, TN on the 26th day of March, 1993 who fixed the period of supervision at four (4) years*, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

The defendant shall be subject to drug testing and a treatment program when directed by the Probation Office.

*Term of Supervised Release began June 9, 2003.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### PLEASE SEE ATTACHED SHEET

**PRAYING THAT THE COURT WILL ORDER** a Summons be issued for Mr. Hilliard to appear before the Court to answer charges of violation of Supervised Release.

**ORDER OF COURT**

Considered and ordered this 27th day of July, 2005 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 15, 2005

_____
U.S. Probation Officer

Place: Memphis, Tennessee

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-29-05

33

Hilliard, Rockie Lane
Docket No. 2:90CR20089-03
Page 2


## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

THE DEFENDANT HAS VIOLATED THE FOLLOWING CONDITIONS OF SUPERVISED RELEASE:

**The defendant shall not commit another federal, state, or local crime.**

On June 10, 2005, Mr. Hilliard was arrested and charged by the Memphis Police Department with Unlawful Possession of a Controlled Substance with Intent to Sell/Deliver/Manufacture to wit: Crack Cocaine. Members of the Organized Crime Unit conducted a bust buy operation in the area of Tillman and Johnson Street utilizing Detective Yancey as the decoy. Mr. Hilliard sold Detective Yancey 0.2 grams of crack cocaine for $10.00. Mr. Hilliard was released on a $30,000 bond and a preliminary hearing is set for August 4, 2005.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:90-CR-20089 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Honorable Julia Gibbons
US DISTRICT COURT