IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                                  NO. 90-20089-Ma

ROCKIE LANE HILLIARD,

    Defendant.

ORDER RESETTING HEARING ON SUPERVISED RELEASE VIOLATION

Before the court is the October 11, 2005, motion to reset the hearing on defendant Rockie Lane Hilliard's supervised release violation which was set on October 11, 2005. For good cause shown, the motion is granted. The hearing on supervised release violation of defendant Rockie Lane Hilliard is **RESET** to **Wednesday, November 2, 2005, at 1:30 p.m.**

It is so ORDERED this 12th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:90-CR-20089 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT