IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                    NO. 90-20089-Ma

ROCKIE LANE HILLIARD,

    Defendant.

ORDER RESETTING SENTENCING DATE

    Before the court is the government's October 28, 2005, motion to reset the hearing on supervised release violation of Rockie Lane Hilliard, which was set for November 2, 2005. For good cause shown, the motion is granted. The supervised release violation hearing is **reset to Tuesday, November 15, 2005, at 1:30 p.m.**

    It is so ORDERED this 2d day of November, 2005.

                                  SAMUEL H. MAYS, JR.
                                  UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:90-CR-20089 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Samuel Mays
US DISTRICT COURT